United States District Court
Northern District of California

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9     ROBERT BANUELOS MEZA,                    Case No. 16-cv-06904 NC (PR)

              Plaintiff,

10                                             **ORDER OF DISMISSAL**

         v.

11

12    FERNY BATMAN, et al.,

13            Defendants.

14

15          On November 30, 2016, Plaintiff, proceeding *pro se*, filed a federal civil rights

16    complaint pursuant to 42 U.S.C. § 1983.[1]  That same day, the court sent a notification to

17    Plaintiff, informing him that he did not pay the filing fee, and his application to proceed in

18    forma pauperis ("IFP") was incomplete.  Specifically, the notification informed Plaintiff

19    that he did not submit the proper IFP form, did not submit a Certificate of Funds signed by

20    an authorized officer at his institution, and did not submit a copy of his prisoner trust

21    account.  The court also provided Plaintiff with a blank IFP application, along with a

22    return envelope, and a notification that the case would be dismissed if he failed to pay the

23    fee, or file a completed application with supporting documentation within twenty-eight

24    _____

25    [1]  Plaintiff has consented to magistrate judge jurisdiction.  (Docket No. 5.)

26    Case No. 16-cv-06904 NC (PR)
      ORDER OF DISMISSAL

27                                          1

28

days.

On December 12, 2016, Plaintiff filed a motion to proceed IFP, and attached an incomplete Certificate of Funds.  On January 25, 2017, the court sent a second notification to Plaintiff, informing Plaintiff that he must submit a Certificate of Funds signed by an authorized officer, as well as a six-month statement of Plaintiff's trust account within twenty-eight days.  On February 10, 2017, the court received an incomplete Certificate of Funds, signed by Plaintiff, but not by an authorized officer from his institution.

Although the court sent Plaintiff two deficiency notices regarding Plaintiff's application to proceed IFP, Plaintiff has not submitted a complete application within the deadline.  Accordingly, the case is DISMISSED without prejudice.  The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED:      February 27, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-06904 NC (PR)
ORDER OF DISMISSAL

2